UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81045-CIV-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**FLUENT, LLC et al.**,

    Defendants.
_____/

**ORDER GRANTING RENEWED JOINT MOTION FOR
ENTRY OF PROPOSED STIPULATED ORDER AND CLOSING CASE**

This cause comes before the Court on the parties' Renewed Joint Motion for Entry of Proposed Stipulated Order [ECF No. 6], filed on August 10, 2023.[1]  The parties advise the Court that they have reached a resolution of this case, subject to the Court's entry of the parties' Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief [ECF No. 6-1].  Having reviewed the parties' Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief [ECF No. 6-1] it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief [ECF No. 6-1] is approved as an Order of this Court. The parties are ordered to comply with the terms of the Stipulated Order [ECF No. 6-1].

---

[1] The Court previously denied the parties' Joint Motion without prejudice and instructed the parties to file a renewed Joint Motion that "specifies and justifies a reasonable tailored period of time for the Court to retain jurisdiction over this matter" [ECF No. 5].  As noted in the Renewed Joint Motion, "the parties have agreed to remove the 'Retention of Jurisdiction' provision from the Stipulated Order [ECF No. 6 p. 1].

2. The Clerk shall **CLOSE** this case. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of August 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record